IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

EFFIE L. NELSON,                          )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )   CIVIL ACTION NO.
                                          )   5:05-CV-267-C
JO ANNE B. BARNHART,                      )
Commissioner of Social Security,          )
                                          )
            Defendant.                    )

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart,

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).  The United States Magistrate

Judge filed her Report and Recommendation on August 15, 2006.  No written objections have

been filed.  It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are

hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and

-numbered cause is hereby dismissed with prejudice.

Dated this 14th day of  September, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT